**FILED**
January 9, 2008
JAN - 9 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MAGISTRATE JUDGE MORTON DENLOW**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | |
| v. | ) | No. 08 CR 0008 |
| | ) | |
| WARREN GRANT | ) | Hon. Morton Denlow |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, respectfully moves this Court to seal the Complaint and associated Affidavit in the captioned case until the arrest and initial appearance of defendant WARREN GRANT. In support of this Motion, the government states as follows:

1. The investigation referred to in the Complaint and Affidavit is not public, is continuing, and is anticipated to result in the arrest of WARREN GRANT. Disclosure of the Complaint or could interfere with or impede the success of the continuing investigation, particularly if the defendant learns of the Complaint before he is apprehended.

2. The government will seek to complete the investigation expeditiously.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

DATE: January 9, 2008    By: /s/ Brian Hayes
BRIAN HAYES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4307