UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0008 |
| v. | ) | |
| | ) | Hon. Morton Denlow |
| WARREN GRANT | ) | |

### Motion to Dismiss the Complaint

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss the complaint against the defendant. The government learned that defendant GRANT died on or about January 18, 2008, while in custody, as confirmed by a letter received from the Warden of the Federal Detention Center in Miami, Florida.

WHEREFORE, the United States respectfully requests that the Court enter a minute order dismissing the complaint against the defendant.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

Date: January 31, 2008        By: /s/ Brian Hayes
                                  Brian Hayes
                                  Assistant U.S. Attorney
                                  219 South Dearborn Street
                                  Chicago, Illinois 60604
                                  (312) 353-4307