# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 8 - 1 | **DATE** | 1/31/2008 |
| **CASE TITLE** | USA vs. Warren Grant | | |

**DOCKET ENTRY TEXT**

Government's motion to dismiss the complaint is granted. Enter order. Government's oral motion to unseal complaint and affidavit is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DK |
|---|---|---|