UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0008 |
| v. | ) | |
| | ) | Hon. Morton Denlow |
| WARREN GRANT | ) | |

### ORDER

Having been advised by the government and the Federal Bureau of Prisons that defendant WARREN GRANT died on or about January 18, 2008, it is hereby ordered, that the Complaint in this case is dismissed.

ENTER:

_____
MORTON DENLOW
United States Magistrate Judge

Dated: January 31, 2008